# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Randy William Sitler aka Randy W Sitler<br>Debtor(s) | BK NO. 17-03678 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                              Respectfully submitted,


                              **/s/James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              412-430-3594