## THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy William Sitler aka Randy W. Sitler | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
| Movant | : | NO. 17-03678 JJT |
| v. | : | |
| | : | |
| Randy William Sitler aka Randy w. Sitler | : | |
| Debtor | : | 11 U.S.C Section 362 |
| Robert P. Sheils, Jr., Esq. | : | |
| Trustee | : | |

### ANSWER TO MOTION FOR RELIEF OF LAKEVIEW LOAN SERVICING, LLC UNDER SECTION 362 NUNC PRO TUNC

**NOW COMES** Trustee, Robert P. Sheils, Jr., Esquire, by and through his attorneys,

Sheils Law Associates, P.C., and answers the Motion of Lakeview Loan Servicing, LLC, for

Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. After reasonable investigation, Trustee is without sufficient knowledge

or information to form a belief as to the truth of the averment in Movant's paragraph four and

strict proof thereof is demanded. By way of further answer, it is believed that the Trustee will

have more information on this issue at the conclusion of the Debtor's 341 meeting of creditors

currently scheduled for October 27, 2017.

5. Denied. After reasonable investigation, Trustee is without sufficient knowledge

or information to form a belief as to the truth of the averment in Movant's paragraph five and

strict proof thereof is demanded. By way of further answer, it is believed that the Trustee will have more information on this issue at the conclusion of the Debtor's 341 meeting of creditors

6.      Neither Agreed nor Denied.  Movant's paragraph six is a conclusion of law to which no response is necessary.

7.      Neither Agreed nor Denied.  Movant's paragraph seven is a conclusion of law to which no response is necessary.

8.      Admitted.

9.      Denied.  After reasonable investigation, Trustee is without sufficient knowledge or information to form a belief as to the truth of the averment in Movant's paragraph nine and strict proof thereof is demanded. By way of further answer, it is believed that the Trustee will have more information on this issue at the conclusion of the Debtor's 341 meeting of creditors.

**WHEREFORE**, Robert P. Sheils, Jr., Esquire, Chapter 7 Trustee, respectfully requests this Honorable Court deny Movant's Motion for Relief until after the 341 meeting of creditors currently scheduled for October 27, 2017.

Dated: October 16, 2017                    /s/   Jill M. Spott_____
                                           Jill M. Spott, Esquire
                                           Attorney for Trustee
                                           108 North Abington Road
                                           Clarks Summit, PA 18411
                                           (570) 587-2600 – Telephone
                                           (570) 585-0313 - Facsimile
                                           jspottesq@sheilslaw.com