# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy William Sitler aka Randy W. Sitler | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
| Movant | : | NO. 17-03678 JJT |
| v. | : | |
| | : | |
| Randy William Sitler aka Randy w. Sitler | : | |
| Debtor | : | 11 U.S.C Section 362 |
| Robert P. Sheils, Jr., Esq. | : | |
| Trustee | : | |

## PRAECIPE WITHDRAWING TRUSTEE'S OBJECTION TO MOTION
## FOR RELIEF OF LAKEVIEW LOAN SERVICING, LLC

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Lakeview

Loan Servicing, LLC's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be

withdrawn without prejudice.


Dated: October 31, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com