UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 17-03678-JJT-7

RANDY W. SITLER and RANDY W. SITLER  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 18, 2017 :

Michael P. Gregorowicz
401 SOUTH MARKET STREET
BLOOMSBURG, PA  17815

ROBERT P SHEILS
108 NORTH ABINGTON ROAD
CLARKS SUMMIT, PA  18411

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx64805 / 937587