Certificate Number: 13858-PAM-DE-030329994

Bankruptcy Case Number: 17-03678



13858-PAM-DE-030329994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2017, at 9:11 o'clock PM EST, Randy Sitler completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  December 19, 2017   By:   /s/Tateayanna  Martinez

Name:  Tateayanna  Martinez

Title:  Counselor