```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03678-JJT
Randy William Sitler                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Dec 19, 2017
                   Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
        +Nicole Plank Esq,   Georgeadis-Setley,   4 Park Plaza 2nd Floor,   Wyomissing, PA 19610-1398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
         psheldon@sheilslaw.com
        Michael P. Gregorowicz    on behalf of Debtor 1 Randy William Sitler
         MichaelG@columbiacountylaw.com,   erinb@columbiacountylaw.com
        Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
         rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| RANDY WILLIAM SITLER | : | |
|     Debtor | : | Case No. 5:17-bk-03678 |
| | : | |
| RANDY WILLIAM SITLER | : | |
|     Movant | : | Lien Avoidance |
| | : | |
| V. | : | |
| | : | |
| RED WHITE AND BLUE AUTO. INC. | : | |
|     Respondent | : | |

## ORDER

Upon consideration of the Motion of the Debtor, Randy William Sitler, it is hereby ORDERED that the judicial lien of Red White and Blue Autos, Inc., filed in Schuylkill County, Pennsylvania to S-1625-15 is hereby avoided, cancelled and discharged to the extent that it attaches to the Debtor, Randy William Sitler, and his interest in the personal property levied in Columbia County, Pennsylvania, pursuant to docket number 2017-ED-97. Upon the filing of this Order with the Prothonotary in and for Schuylkill County, Pennsylvania, and Columbia County, Pennsylvania, the aforesaid judicial lien may be marked "satisfied" and the Sheriff's levy released.

Dated: December 19, 2017

By the Court,

John J. Thomas, Bankruptcy Judge    (RPR)