```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-03678-JJT
Randy William Sitler                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 2            Date Rcvd: Jan 01, 2018
                              Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
```
db            +Randy William Sitler,    457 W 1st Street,    Bloomsburg, PA 17815-1001
cr            +AmeriCredit Financial Services, Inc. A/C dba GM Fi,     P O Box 183853,
                Arlington, TX 76096-3853
4965348       +BOROUGH OF BERWICK,    1800 N. MARKET STREET,    BERWICK, PA 18603-1300
4965351       +COLUMBIA COUNTY DOMESTIC RELATIONS,     PA CHILD SUPPORT ENFORCEMENT,    PO BOX 380 RD,
                BLOOMSBURG, PA 17815-0380
4965354       +ENHANCED RECOVERY COMPANY,    PO BOX 57547,    JACKSONVILLE, FL 32241-7547
4965355       +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4965356       +FIRST COLUMBIA BANK & TRUST,    1199 LIGHTSTREET ROAD,    BLOOMSBURG, PA 17815-9575
4965358        GEISINGER HEALTH SYSTEM PATIENT SERVICES,     100 NORTH ACADEMY AVENUE,    DANVILLE, PA 17822-4322
4965361       +KML LAW GROUP, P.C.,    SUITE 5000, BNY INDEPENDENCE CENTER,     701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
4965362       +KREISHR AND GREGOROWICZ,    401 MARKET STREET,    BLOOMSBURG, PA 17815-1749
4965363       +LAKEVIEW LOAN SERVICING LLC,    4425 PONCE DE LEON BLVD,    MAIL STOP MS5/251,
                CORAL GABLES, FL 33146-1837
4965366       +MEDICAL DATA SYSTEMS,    2120 15TH AVENUE,    VERO BEACH, FL 32960-3436
4965367       +NICOLE PLANK, ESQUIRE,    GEORGEADIS- SETLEY,    4 PARK PLAZA, 2ND FLOOR,
                WYOMISSING, PA 19610-1398
4965368       +PENN CREDIT,    PO BOX 1259,    DEPARTMENT 91047,    OAKS, PA 19456-1259
4965369        PENNCREDIT,    916 SOUTH 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
4965370       +PENNSYLVANIA AMERICAN WATER,    800 W. HERSHEYPARK DR.,    HERSHEY, PA 17033-2400
4965373        PPL,    PO BOX 25222,    LEHIGH VALLEY, PA 18002-5222
4965372       +PPL,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4965374       +RWB CREDIT SERVICES,    500 S HOFFMAN BLVD,    ASHLAND, PA 17921-1913
4965375       +SERVICE ELECTRIC CABLEVISION,    3662 POINT TOWNSHIP DR.,    NORTHUMBERLAND, PA 17857-8871
4965376        SERVICE ELECTRIC CABLEVISION,    PO BOX 64711,    BALTIMORE, MD 21264-4711
4965377       +SHERIFF COLUMBIA COUNTY,    35 WEST MAIN STREET,    BLOOMSBURG, PA 17815-1702
4965379       +STELLAR RECOVERY,    PO BOX 48370,    JACKSONVILLE, FL 32247-8370
4965382        TYLER MEMORIAL HOSPITAL,    5950 US ROUTE 6,    TUNKHANNOCK, PA 18657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4999755        EDI: PHINAMERI.COM Jan 01 2018 18:43:00      AmeriCredit Financial Services, Inc.,
                A/C dba GM Financial,    P O Box 183853,    Arlington, TX 76096
4965349       +EDI: CAPITALONE.COM Jan 01 2018 18:43:00      CAPITAL ONE,    PO BOX 5253,
                CAROL STREAM, IL 60197-5253
4965350        E-mail/Text: bankruptcy@cavps.com Jan 01 2018 18:31:45       CAVALRY SPV I, LLC,
                500 SUMMIT LAKE DR.,    SUITE 400,    VALHALLA, NY 10595-1340
4965352        EDI: ESSL.COM Jan 01 2018 18:43:00      DISH,    PO BOX 94063,    PALATINE, IL 60094-4063
4965353       +EDI: DCI.COM Jan 01 2018 18:43:00      DIVERSIFIED CONSULTANTS,    10550 DEERWOOD PARK BLVD,
                JACKSONVILLE, FL 32256-2805
4965357       +EDI: RMSC.COM Jan 01 2018 18:43:00      GE CAPITAL RETAIL BANK,    BANKRUPTCY DEPARTMENT,
                PO BOX 103104,    ROSWELL, GA 30076-9104
4965359        EDI: PHINAMERI.COM Jan 01 2018 18:43:00      GM FINANCIAL,    PO BOX 183834,
                ARLINGTON, TX 76096-3834
4965360       +EDI: HFC.COM Jan 01 2018 18:43:00      HSBC BANK USA, N.A.,    P.O. BOX 2013,
                BUFFALO, NY 14240-2013
4965365        E-mail/Text: camanagement@mtb.com Jan 01 2018 18:31:43       M&T BANK,    PO BOX 1288,
                BUFFALO, NY 14240-1288
4965364        E-mail/Text: camanagement@mtb.com Jan 01 2018 18:31:43       M&T BANK,    PO BOX 900,
                MILLSBORO, DE 19966-0900
4965371        EDI: PRA.COM Jan 01 2018 18:43:00      PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD,
                NORFOLK, VA 23502
4965988       +EDI: PRA.COM Jan 01 2018 18:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
4965378        EDI: NEXTEL.COM Jan 01 2018 18:43:00      SPRINT,    ATTN BANKRUPTCY,    PO BOX 7949,
                OVERLAND PARK, KS 66207
4965380        EDI: RMSC.COM Jan 01 2018 18:43:00      SYNCHRONY BANK,    ATTN: BANKRUPTCY DEPT.,
                PO BOX 965060,    ORLANDO, FL 32896-5060
4965381        EDI: RMSC.COM Jan 01 2018 18:43:00      SYNCHRONY BANK/WAL-MART,    PO BOX 965024,
                EL PASO, TX 79998
4965383       +EDI: VERIZONEAST.COM Jan 01 2018 18:43:00      VERIZON,    500 TECHNOLOGY DRIVE,    SUITE 550,
                WELDON SPRING, MO 63304-2225
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2018 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
           psheldon@sheilslaw.com
          Michael P. Gregorowicz    on behalf of Debtor 1 Randy William Sitler
           MichaelG@columbiacountylaw.com,  erinb@columbiacountylaw.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | |
|---|---|
| Debtor 1: **Randy William Sitler** (First Name Middle Name Last Name) | Social Security number or ITIN  xxx–xx–6728<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 (Spouse, if filing): (First Name Middle Name Last Name) | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | |
| Case number:  **5:17–bk–03678–JJT** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy William Sitler
aka Randy W Sitler

**By the court:**

January 1, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**