*Law Offices of*

# KREISHER AND GREGOROWICZ
401 SOUTH MARKET STREET
BLOOMSBURG, PENNSYLVANIA 17815
(570) 784-5211
www.columbiacountylaw.com

WILLIAM S. KREISHER
MICHAEL P. GREGOROWICZ
MARIANNE E. KREISHER, CELA*

MARISSA B. MARSHALL, CELA*

HON. C. E. KREISHER (1874-1941)
HON. C. W. KREISHER (1908-1984)

FAX (570) 387-1477

February 20, 2018

U.S. BANKRUPTCY COURT
ATTN: CLERK OF COURTS

*Sent via electronic filing*

IN RE: Randy William Sitler
Case No. 5:17-bk-03678

Dear Clerk:

    I am writing to request a certified copy of an Order granting avoidance of a judicial lien.

    Please forward a certified copy of Docket Number 20 for Case Number 5:17-bk-03678 to my attention at michaelg@columbiacountylaw.com.

    If anything else is needed to process this request, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,
KREISHER AND GREGOROWICZ

Michael P. Gregorowicz
Attorney at Law

MPG/eb
14198b.ltr-1

* Certified as an Elder Law Attorney by the National Elder Law Foundation as authorized by the Pennsylvania Supreme Court.